UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
                                                      :

VARDY LEVEILLE,                                  :

                         Plaintiff,              :

                                        :      25-CV-7723 (JAV)

        -v-                             :

NATIONAL RAILROAD PASSENGER CORPORATION,   :
D/B/A AMRAK, et al.,                       :

                                 :      25-CV-8804 (JAV)

                      Defendants.         :

--------------------------------------------------------------------------------- :    CONSOLIDATION
                                   :        <u>ORDER</u>

ERNIE J. REYES,                         :

                         Plaintiff,              :

        -v-                             :

CHRISTOPHER CHRISTIE, et al.,              :

                      Defendants.         :

                                   X
---------------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

On October 28, 2025, this Court accepted *Reyes v. Christie*, 25-CV-8804 (the "*Reyes* case"), as related to *Laveille v. National Railroad Passenger Corporation*, 25-CV-7723 (the "*Leveille* case"). At the initial pretrial conference held in the *Laveille* case on December 2, 2025, in, the Court directed counsel in the above-captioned cases to submit a joint letter indicating whether the *Reyes* case and the *Laveille* case should be consolidated.

On December 30, 2025, counsel in both cases submitted letters indicating that the parties believe consolidation to be appropriate, at least for pretrial purposes, due to the similarity of the claims against the same defendants. *See* 25-CV-7723, Docket No. 15; 25-CV-8804, Docket No.

22.  Accordingly, the cases are hereby CONSOLIDATED pursuant to Rule 42(a) for pre-trial purposes.  (The Court will address whether consolidation for trial is warranted at a later date.)

The Clerk of the Court is directed to consolidate these cases under the lead case, Docket No. 25-CV-7723, and to close 25-CV-8804.  All future filings shall be on the 25-CV-7723 [the lead case] docket.  All deadlines currently in force in 25-CV-7723, including the Case Management Plan, *see* ECF No. 13, shall likewise apply to 25-CV-8804.

The Clerk of the Court is directed to terminate ECF No. 15 in Docket 25-CV-7723, and ECF No. 22 in Docket 25-CV-8804.

SO ORDERED.

Dated:  January 2, 2026
         New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge