UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
                                 :

VARDY LEVEILLE,                 :

          Plaintiff,       :
                        :        25-CV-7723 (JAV)
      -v-                :
                        :        ORDER
NATIONAL RAILROAD PASSENGER CORPORATION,  :
D/B/A AMRAK, et al.,          :

          Defendants.     :

------------------------------------------------------------------------------ :

ERNIE J. REYES,          :

          Plaintiff,       :

      -v-                :

CHRISTOPHER CHRISTIE, et al.,    :

          Defendants.     :

------------------------------------------------------------------------------ X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to Section 8(d) of the Court's Individual Rules and Practices in Civil Cases and paragraph 8 of the Case Management Plan entered in this matter, ECF No. 13, the parties were required to file a post-fact discovery joint status letter by June 12, 2026.  To date, the parties have not filed the joint letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 24, 2026**.

SO ORDERED.

Dated: June 23, 2026
      New York, New York                      JEANNETTE A. VARGAS
                                       United States District Judge